**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Case No. 1:23-cr-18-LAG-ALS |
| | : | |
| JAMES BOWMAN WILEY, JR., | : | |
| | : | |
| Supervised Releasee. | : | |

**ORDER**

On January 28, 2026, JAMES BOWMAN WILEY, JR., a Supervised Releasee in the above-styled criminal proceeding, appeared before the undersigned for an Initial Appearance under the provisions of Rule 32.1 of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3143. The Supervised Releasee was represented by counsel and waived his right to a preliminary hearing. The Government was represented by the U.S. Attorney's Office. The Government and the Supervised Releasee proposed agreed upon terms of release for the Supervised Releasee.

Pursuant to Rule 32.1 and 18 U.S.C. § 3143(a)(1), the Court finds that it is undisputed that the Supervised Releasee will not flee or pose a danger to any other person or to the community if released. The Court released the Supervised Releasee on a $10,000.00 unsecured bond (Doc. 52) and pursuant to the conditions of release set by the Judgment of the Court entered on August 25, 2025 (Doc. 45), and with the consent of the Government and the Supervised Releasee, imposes the following conditions of release as conditions of his unsecured bond:

(1) The Supervised Releasee shall have no contact with any person to whom he or his companies sell water. All such contact shall be made by Michelle Jones.

(2) The Supervised Releasee shall continue to abide by the conditions of release imposed by the Court in its Judgment on August 25, 2025. (Doc. 45).

The Supervised Releasee shall appear before the Honorable Leslie Abrams Gardner, Chief United States District Judge, for his final revocation hearing.

**SO ORDERED**, this 28th day of January, 2026.

s/ **ALFREDA L. SHEPPARD**
UNITED STATES MAGISTRATE JUDGE