IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**JAMES BOWMAN WILEY JR** | NO. 1:23-CR-00018-001 (LAG) |

On January 20, 2026, a Petition for Summons was filed alleging a violation of the special condition of Probation:

6) Demonstrate compliance with local regulations within 90 days.

The defendant appeared before this Court for a Final Revocation Hearing on April 2, 2026, and admitted to the violation of Probation. Disposition was withheld pending a mutual resolution between the government and the probationer for compliance to be reached with local water regulations. The Probation Officer was notified that both parties have agreed to a resolution regarding compliance.

**ORDER**

Therefore, it is an order of this Court that supervision be continued under the previously ordered term and conditions of probation on July 29, 2025[1].

SO ORDERED this 11th day of August, 2026.

LESLIE ABRAMS GARDNER
CHIEF U.S. DISTRICT JUDGE

Prepared by: QLB

[1] 18 U.S.C. § 3565 (a)(1)